# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Robert Anthony Fisher, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00519-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Eddie Cathey | ) | |
| FNU Miles | ) | |
| FNU Orlando | ) | |
| FNU Adcock | ) | |
| FNU Hargis | ) | |
| FNU Medlin, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 27, 2020 Order.

July 27, 2020

Frank G. Johns, Clerk
United States District Court